UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

 -v-                                                                              24-CR-670-3 (LJL)

JONATHAN LOADHOLT,                                              ORDER

                      Defendant.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant Jonathan Loadholt has mailed to the clerks office a document entitled motion for bail and dismissal of indictment. Under Local Criminal Rule 49.2, a defendant represented by counsel in a pending criminal case such as Mr. Loadholt may not file or submit any pro se letter, motion, or brief unless otherwise ordered by the Court. Also, unless otherwise ordered by the court, if a represented defendant, acting pro se, files or submits a letter, motion, or brief in violation of this rule, the court must: (1) on notice to all parties, forward a copy of the document to the defendant's attorney of record and file the document under seal and ex parte; and (2) not afford the document further consideration. The Court has forwarded the document to Mr. Loadholt's counsel and directed that it be filed under seal and ex parte. The Court will not give the pro se letter any further consideration.

      SO ORDERED.

Dated: August 11, 2025
       New York, New York
                                                  LEWIS J. LIMAN
                                               United States District Judge