```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :     24-cr-670 (LJL)

        - v -                    :
                                        WAIVER OF INDICTMENT
Jonathan Loadholt,               :

        Defendant.               :

- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating 18 USC 2261A(2)B, 18 USC 371, being advised of the nature of the charge(s) and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

By: _____
        DEFENDANT

By: _____
        WITNESS

By: _____
        COUNSEL FOR DEFENDANT

Dated:   New York, New York
         January 15, 2026